**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

| | |
|---|---|
| In Re: Debtor(s)<br>**Richard John Reynolds IV**<br>380 Whitmore Drive NW<br>Atlanta, GA 30305<br><br>**xxx−xx−0938** | Case No.: **23−57114−jrs**<br>Chapter: **7**<br>Judge: **James R. Sacca** |

# NOTICE REGARDING RESCHEDULING OF MEETING OF CREDITORS OF CHAPTER 7 DEBTOR

Debtor did not appear at the previously scheduled Section 341 Meeting of Creditors. The Meeting of Creditors has been rescheduled to:

**1/31/24** at **02:00 PM**
**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 627 912 5502, and Passcode 6497361809, OR call 1 (470) 924−8876**.

In accordance with 11 U.S.C. § 343 of the Bankruptcy Code, debtor must appear at the Meeting of Creditors and submit to examination under oath. If debtor fails to appear at the rescheduled Meeting of Creditors, the case may be dismissed without further notice or hearing, in accordance with General Order No. 2 as entered by this Court on October 5, 2005.

Dated:   January 18, 2024

Vania S. Allen
Clerk of Court

Form 424